UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PERRY T. HILL,<br><br>                   Plaintiff,<br>     v.<br>DR. MICHAEL KOEHN, *et al.*,<br><br>                  Defendants. | Case No. 3:17-cv-00501-MMD-WGC<br><br>ORDER |

This action was filed on August 21, 2017. On March 6, 2019, the Court issued a notice of intent to dismiss Timothy Filson pursuant to Fed. R. Civ. P. 4(m) unless proof of service upon said defendant was filed by April 5, 2019. (ECF No. 26.) To date, no proof of service has been filed as to Timothy Filson and Plaintiff has failed to show good cause why this action should not be dismissed without prejudice as to said party for failure to effect timely service pursuant to Fed. R. Civ. P. 4(m).

It is therefore ordered that Timothy Filson is dismissed without prejudice from this action.

DATED THIS 10th day of April 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE